PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRZHAN ISKAKOV,<br><br>        Plaintiff,<br><br>    v.<br><br>UR M. JADDOU,<br><br>        Defendant. | CASE NO. 2:24-CV-02521-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

The Defendant respectfully requests a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2019. USCIS is taking steps to schedule Plaintiff's asylum interview. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application.

/ / /

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is December 19, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: November 19, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 19, 2024

/s/ MEGAN N. GUZMAN
MEGAN N. GUZMAN
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated: November 21, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, iska2521.24