PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRZHAN ISKAKOV,<br><br>                  Plaintiff,<br><br>    v.<br><br>UR M. JADDOU,<br><br>                  Defendant. | CASE NO. 2:24-CV-02521-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME |

      The Defendant respectfully requests a second extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2019.  USCIS has scheduled Plaintiff's asylum interview for March 18, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

/ / /

/ / /

/ / /

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is July 16, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: December 3, 2024                    PHILLIP A. TALBERT
                                                     United States Attorney

                                             By: /s/ ELLIOT C. WONG
                                                    ELLIOT C. WONG
                                                    Assistant United States Attorney

                                                    /s/ MEGAN N. GUZMAN
Dated: December 3, 2024                  MEGAN N. GUZMAN
                                                    Counsel for Plaintiff

[PROPOSED] ORDER

Finding good cause established, it is so ordered.

Date: December 4, 2024                   HON. CHI SOO KIM
                                           UNITED STATES MAGISTRATE JUDGE

4, iska2521.24